Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Lewis, | ) Case No. CV-15-01018-PHX-NVW |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| Maxwell & Morgan, P.C., | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated July 24, 2015.

s/Russell S. Thompson IV
Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PLLC

Notice of Settlement

5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
Attorney for Plaintiff

Filed electronically on July 24, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on July 24, 2015 to:


s/Tracy Neverman
Tracy Neverman

Notice of Settlement